# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY F. FISHER,<br>aka GARY BARGER,<br><br>          Petitioner,<br><br>   v.<br><br>BARRIOS and AGUILERA,<br><br>          Respondents. | Case No. 14-cv-04350-WHO (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, filed pursuant to 28 U.S.C. § 2254, petitioner Gary Fisher challenges a conviction he received in the Ventura County Superior Court, which lies in the Central District. Accordingly, this action is TRANSFERRED to the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** October 2, 2014

_____
WILLIAM H. ORRICK
United States District Judge