# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY F. FISHER, also known as Gary BARGER,<br><br>                Petitioner,<br><br>     v.<br><br>BARRIOS and AGUILERA,<br><br>                Respondents. | NO. LA CV 14-07720-VBF (MAN)<br><br>RULE 58 JUDGMENT |

    Pursuant to the Court's Opinion and Order issued this same date, this action is dismissed without prejudice.

DATED: October 20, 2014

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE